UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-9849 DOC (MRW) | | Date | August 13, 2013 |
|---|---|---|---|---|
| Title | Isaacs v. Colvin | | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:**   (IN CHAMBERS)   ORDER TO SHOW CAUSE RE: DISMISSAL OF SOCIAL SECURITY APPEAL

    Plaintiff filed this pro se appeal from an adverse Social Security determination in November 2012. Shortly after filing the action, the Court issued an order setting forth the procedures to be followed in the case. (Docket # 6.) That order required Plaintiff to file and serve a motion for summary judgment – essentially, a statement of the to be pursued on appeal – within 30 days of the government's service of the administrative record in this case.

    According to a status report filed by government counsel, Plaintiff has failed to file the required summary judgment papers. (Docket # 12.) As a result, the government cannot respond to Plaintiff's claims, and the Court cannot fairly adjudicate this action.

    Therefore, Plaintiff is ordered to show cause why this action should not be dismissed. Plaintiff may discharge this order by filing: (i) a statement (not to exceed 5 pages excluding exhibits) by or before September 4, 2013, addressing the issues set forth above; and (ii) Plaintiff's summary judgment submission. If no timely response is filed, the Court will recommend dismissal of the action under Federal Rule of Civil Procedure 41 for failure to prosecute and for failure to comply with this Court's order.