1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT
10         CENTRAL DISTRICT OF CALIFORNIA
11
12   LE'TELLE ISAACS,                    )   Case No. CV 12-9849 DOC (MRW)
13                    Plaintiff,         )
14            vs.                        )   JUDGMENT
15   CAROLYN W. COLVIN,                  )
     Acting Commissioner of Social      )
16   Security,                          )
17                    Defendant.         )
     _____  )
18
19        Pursuant to the Order Accepting Findings and Recommendations of the
20   United States Magistrate Judge,
21        IT IS ADJUDGED that the decision of the Administrative Law Judge is
22   AFFIRMED.  Judgment is hereby entered in favor of Defendant.
23
24
25   DATE:  February 19, 2014          _____
26                                     HON. DAVID O. CARTER
                                       UNITED STATES DISTRICT JUDGE
27
28